**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **CR. NO. 05-00311-CG** |
| ) | |
| **SOFIA NICOLE CROSS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter came on for a revocation hearing on April 4, 2006 at which the defendant advised that she did not contest revocation as recommended in the petition, dated March 23, 2006, filed by U.S. Pretrial Services (Doc. 14), and thereby waived the hearing.  Therefore, the defendant's conditions of release entered on December 21, 2005 (Doc. 7) hereby are **REVOKED**, and the defendant is **REMANDED** to the custody of the U.S. Marshal, pending sentencing hearing currently scheduled for April 17, 2006 at 1:00 p.m.

**DONE and ORDERED** this the 5th day of April, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE