IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | CRIMINAL NO.  05-00311-001 |
| **SOFIA CROSS,** | ) | |
| **Defendant,** | ) | |
| **WAFFLE HOUSE, INC.,** | ) | |
| **Garnishee.** | ) | |

## ORDER

This matter is before the court on motion of the United States to Discharge the Garnishee and Notice of Dismissal (Doc. 28).  Having considered the motion and the grounds set forth,

It is hereby **ORDERED** that the Waffle House is discharged as Garnishee herein, and that this proceeding be and hereby is **DISMISSED** as to the garnishee, without prejudice to the plaintiff.  No costs are taxed.

**DONE** and **ORDERED** this 3rd day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE